Ronald J. Kohut, Esq. (Bar No. 66463)
Richard A. De Liberty, Esq. (Bar No. 203754)
Kohut & Kohut LLP
3554 Round Barn Boulevard, Suite 204
Santa Rosa, California 95403
(707) 573-3100
(707) 573-3101

Attorneys for Appellant
NEW CINGULAR WIRELESS SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>WIRE COMM WIRELESS, INC.,<br><br>　　　　　　　　Debtor.<br><br>NEW CINGULAR WIRELESS SERVICES, INC., a Delaware corporation,<br><br>　　　　　　　　Appellant,<br><br>v.<br><br>MICHAEL F. BURKHART, as Trustee,<br><br>　　　　　　　　Appellee. | No. 02:07-CV-2451-MCE<br><br>Bankruptcy No. 06-25251-C-7<br>Adversary Proceeding No. 07-02204<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER**<br>[ON APPEAL OF ORDER REFUSING STAY PENDING ARBITRATION] |

## **STIPULATION**

　　IT IS STIPULATED by Appellant, New Cingular Wireless Services, Inc. ("Cingular") and Appellee Michael Burkart, as Trustee, that the briefing schedule in this Bankruptcy Appeal be extended by four days, making Appellant's opening brief and excerpts of record due on Friday, December 7, 2007. No previous extensions have been sought in this matter.

　　The reason for this stipulation is that today, December 3, 2007, counsel for Cingular, whose offices are in Santa Rosa, California, received notice of an *ex parte* motion being made in state court in Santa Monica, California, tomorrow morning, December 4, 2007, which is the date Cingular's briefs are currently due both in this Appeal and the appeal from the bankruptcy court's order approving a

STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER

compromise, *Cingular Wireless Services, Inc., v. Burkart (In re Wire Comm Wireless),* No. 02:07-CV-02451-MCE (filed Nov. 14, 2007) (assigned to England, J.). A stipulation for the same extension is being filed in the other appeal, as well.

DATED: December 3, 2007

                          KOHUT & KOHUT LLP

                          /s/ Richard A. De Liberty
                          Richard A. De Liberty
                          Attorneys for Appellant
                          New Cingular Wireless Services, Inc.

DATED:

                          WILKE, FLEURY, HOFFELT,
                          GOULD & BIRNEY, LLP

                          Daniel L. Baxter
                          Attorneys for Appellee
                          Micheal Burkart, as Trustee

**ORDER**

    IT IS SO ORDERED.

DATED:  December 3, 2007

                          MORRISON C. ENGLAND, JR
                          UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER