1  WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
   DANIEL L. EGAN (SBN 142631)
2  DANIEL L. BAXTER (SBN 203862)
   MEGAN A. LEWIS (SBN 221263)
3  400 Capitol Mall, Twenty-Second Floor
   Sacramento, CA  95814
4  Telephone:    (916) 441-2430
   Facsimile:    (916) 442-6664
5
   Attorneys for Appellee
6  MICHAEL F. BURKART

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 02:07-CV-2451 MCE |
| WIRE COMM WIRELESS, INC., | Bankruptcy No. 06-25251 |
| Debtor, | |
| NEW CINGULAR WIRELESS SERVICES, INC., a Delaware Corporation, | Adv. Case No. 07-02204 |
| Appellant, | **STIPULATION AND ORDER EXTENDING TIME TO FILE APPELLEE'S BRIEF ON APPEAL** |
| vs. | |
| MICHAEL F. BURKART, as Trustee, | |
| Appellee. | |

### **RECITALS**

The parties hereto, having previously agreed to a briefing extension under which Appellant NEW CINGULAR WIRELESS SERVICES, INC. was permitted additional time in which to file its opening brief in the above-entitled matter, hereby wish to permit Appellee MICHAEL F. BURKART a similar extension for his forthcoming Appellee's Brief.  Said extension is requested on the ground that the undersigned counsel for Mr. Burkart believes in good faith that additional time to complete said brief may be necessary.

///

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

- 1 -

STIPULATION AND ORDER EXTENDING TIME FOR APPELLEE'S BRIEF (CASE NO. 07:CV-02451 MCE)

The current deadline for Mr. Burkart's brief is December 26. No prior extensions have been sought in this matter by Mr. Burkart. A similar stipulation is also being filed in connection with the bankruptcy court's order approving compromise (Case No. 2:07-CV-02213 MCE).

## STIPULATION

Appellant NEW CINGULAR WIRELESS SERVICES, INC. and Appellee MICHAEL F. BURKART HEREBY STIPULATE AND AGREE that Mr. Burkart shall have an additional 19 days, up to and including January 14, 2007, in which to file his Appellee's Brief (and any associated documents) in the above-entitled matter.

DATED:   December ___, 2007         WILKE, FLEURY, HOFFELT,
                                    GOULD & BIRNEY, LLP


                                    By:_____
                                         DANIEL L. BAXTER
                                         Attorneys for Appellee
                                         MICHAEL F. BURKART

DATED:   December ___, 2007         KOHUT & KOHUT LLP


                                    By:_____
                                         RICHARD A. DELIBERTY
                                         Attorneys for Appellant
                                         NEW CINGULAR WIRELESS
                                         SERVICES, INC.

## ORDER

IT IS SO ORDERED.

DATED: January 4, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE