Ronald J. Kohut, Esq. (Bar No. 66463)
Richard A. De Liberty, Esq. (Bar No. 203754)
Kohut & Kohut LLP
3554 Round Barn Boulevard, Suite 204
Santa Rosa, California 95403
(707) 573-3100
(707) 573-3101

Attorneys for Appellant
NEW CINGULAR WIRELESS SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | No. 02:07-CV-02451-MCE |
| WIRE COMM WIRELESS, INC., | Bankruptcy No. 06-25251-C-7<br>Adversary Proceeding No. 07-02204 |
| Debtor. | |
| NEW CINGULAR WIRELESS SERVICES, INC., a Delaware corporation, | **ORDER TEMPORARILY STAYING BANKRUPTCY COURT ADVERSARY PROCEEDING UNTIL MOTION TO STAY PENDING APPEAL IS HEARD AND DECIDED APPEAL IS RESOLVED** |
| Appellant, | |
| v. | |
| MICHAEL F. BURKHART, as Trustee, | |
| Appellee. | |

The Court has considered the *ex parte* application of Appellant, New Cingular Wireless Services, Inc., ("Cingular"), for an order temporarily staying the adversary proceeding until the Court decides Cingular's pending noticed motion for a stay until this Appeal is resolved. Good cause appearing,

IT IS ORDERED THAT the motion is GRANTED. The adversary proceeding is stayed until the Court decides Cingular's the noticed motion to stay the adversary proceeding until this Appeal is resolved. The noticed motion is scheduled to be heard on February 22, 2008. If the motion is denied, the time period for filing responsive pleadings, responding to discovery, and meeting other existing

1 obligations will commence on the day of service of the order denying the Appeal, as if the complaint,
2 discovery request, or other document was served on that date.
3 DATED: January 30, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER TEMPORARILY STAYING ADVERSARY PROCEEDING                              2